IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS ETIENNE ROTHSCHILD,

    Plaintiff,

v.                                                                                                                                 No. 1:22-cv-00202-KWR-KK

JOSE ANTONIO CORTEZ,

    Defendant.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal (**Doc. 8**) entered on **May 17, 2022**, which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**